U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 2 8 2006

ROBERT H. SHEMWELL, CLERK
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JACKSON C. JONES | CIVIL ACTION NO. 05-1632 |
| versus | JUDGE STAGG |
| MIKE STAYNER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Exception for Vagueness, Ambiguity, Lack of Subject Matter Jurisdiction, Res Judicata and Prescription (Doc. 12)**, considered as a motion for summary judgment, is **granted in part** as follows: Plaintiff's claims for workers' compensation benefits are dismissed for lack of jurisdiction, Plaintiff's claims for LHWCA benefits are dismissed for lack of jurisdiction, all of Plaintiff's claims for damages or benefits under maritime law based on his alleged status as a seaman are dismissed, any due process claim based on the September 2001 termination is dismissed, all claims based on HIPAA or tort (invasion of privacy) arising from the alleged disclosure of medical records are dismissed, and all claims against Joe Lunt and Ross Montelbano are dismissed without prejudice pursuant to F.R.C.P. 4(m).

**IT IS FURTHER ORDERED** that the exception/motion is **denied in all other respects**.

THUS DONE AND SIGNED at Shreveport, Louisiana, the 27th day of June, 2006.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE