RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10/24/06
BY DM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JACKSON C. JONES | CIVIL ACTION NO. 05-1632-P |
| versus | JUDGE STAGG |
| MIKE STAYNER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's two **Motions to Amend (Docs. 26 and 34)** are both **denied**, and the City's **Motion to Dismiss (Doc. 29)** also is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, the 23rd day of October, 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE